**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GREGORY SCOTT GOODYEAR,**

    **Plaintiff,**

vs.                                                      **Case No. 4:17cv550-WS/CAS**

**GOVERNOR RICK SCOTT,
and THE FLORIDA BAR,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case on December 4, 2017, by filing a civil rights complaint which he indicated was submitted pursuant to 42 U.S.C. § 1985 (concerning conspiracy). ECF No. 1. Plaintiff also filed a motion seeking leave to proceed in forma pauperis, ECF No. 2. Because Plaintiff's motion was not supported by a signed Prisoner Consent Form, did not contain information concerning his inmate account at the jail as required by 28 U.S.C. § 1915(a), and did not include a sworn affidavit, an Order was entered advising Plaintiff that he must file an amended motion. ECF No. 4. The Order explained to Plaintiff that he must do more than simply declare

he is indigent, he must demonstrate that he qualifies for in forma pauperis status pursuant to § 1915.  ECF No. 4.  On or before January 16, 2018, Plaintiff was required to file copies of his inmate bank account statement for the six month period immediately preceding the filing of the complaint.  *Id.*  Plaintiff was advised that no further action would be taken on this case until he complied.  *Id.*

Moreover, Plaintiff was required to also file an amended complaint. ECF No. 4.  Plaintiff was required to submit his complaint on the court form as required by the rules of this Court and provide sufficient factual allegations to support his claims.  Again, Plaintiff's deadline to comply was January 16, 2018.  *Id.*

As of this date, nothing further has been received from Plaintiff. Plaintiff has neither filed an amended in forma pauperis motion, nor has he filed an amended complaint.  It appears that Plaintiff has abandoned this litigation.  This case should be dismissed for failure to comply with a Court Order and failure to prosecute.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a Court Order and failure to prosecute.  It is also

**RECOMMENDED** that Plaintiff's in forma pauperis motion, ECF No. 2, be **DENIED** as insufficient.

**IN CHAMBERS** at Tallahassee, Florida, on March 1, 2018.


    S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.